■ In the Matter of GUARANTY TRUST COMPANY OF NEW YORK, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.